UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
March 08, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Douglas and Leslie Miller, | § § § § | |
| Plaintiff, | | |
| versus | § § | Civil Action H-22-126 |
| Allstate Texas Lloyd's, | § § § § | |
| Defendant. | | |

## Conditional Dismissal

1. Having been advised that the parties have settled, the case is dismissed with prejudice. (21)

2. By April 8, 2022, the parties may move for reinstatement.

3. The court retains the jurisdiction to enforce the settlement.

Signed on March 8, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge