**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DOUGLAS W. MILLER AND )( | |
| LESLIE J. MILLER )( | |
|   *Plaintiffs*, )( | |
| )( | |
| vs. )( | CIVIL ACTION NO. 4:22-CV-00126 |
| )( | |
| ALLSTATE TEXAS LLOYDS, )( | |
|   *Defendant.* )( | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

    COME NOW, Plaintiffs Doug W. Miller and Leslie J. Miller, ("Plaintiffs"), and Defendant Allstate Texas Lloyds ("Defendant"); and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss with prejudice all claims and all associated relief requested in such claims filed in this case. All costs of court shall be paid by the party incurring same.

    Respectfully submitted,

    By: */s/ Patrick C. McGinnis*

    Chad T. Wilson
    Bar No. 24079587
    Southern Bar No. 2246983
    Patrick C. McGinnis
    Bar No. 13631900
    Southern Bar No. 20675
    455 East Medical Center Blvd., Suite 555
    Webster, Texas 77598
    Telephone: (832) 415-1432
    Facsimile: (281) 940-2137
    cwilson@cwilsonlaw.com
    pmcginnis@cwilsonlaw.com

    **ATTORNEYS FOR PLAINTIFFS**

*/s/ Tim Bowersox*
John M. Causey
State Bar No. 04019100
Southern District Bar No. 23926
Tim Bowersox
State Bar No. 00787115
Wesley R. Ward
State Bar No. 24008235
HOPE & CAUSEY, P. C.
P. O. Box 3188
Conroe, Texas 77305-3188
(936) 441-4673 - Telephone
(936) 441-4674 – Facsimile
hcdocket@hope-causey.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2022, I served by electronic mail *Joint Stipulation of Voluntary Dismissal* to counsel of record via CM/ECF Filing system.

*Via CM/ECF*
John M. Causey
State Bar No. 04019100
Southern District Bar No. 23926
Tim Bowersox
State Bar No. 00787115
Wesley R. Ward
State Bar No. 24008235
HOPE & CAUSEY, P. C.
P. O. Box 3188
Conroe, Texas 77305-3188
(936) 441-4673 - Telephone
(936) 441-4674 – Facsimile
hcdocket@hope-causey.com

**ATTORNEYS FOR DEFENDANT**

*/s/ Patrick C. McGinnis*