United States District Court
Southern District of Texas
**ENTERED**
June 03, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Douglas and Leslie Miller, §
§
　　　　　　　Plaintiff, §
§
versus § Civil Action H-22-126
§
Allstate Texas Lloyd's, §
§
§
　　　　　　　Defendant. §

## Final Dismissal

1.　Neither party having moved for reinstatement, the case is dismissed with prejudice.

2.　The court retains jurisdiction to enforce the settlement. (15)

Signed on June 3, 2022, at Houston, Texas.

　　　　　　　　　　　　　　　　　　／s／ Lynn N. Hughes
　　　　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　　　　　United States District Judge